

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2014

No. 04-13-00785-CV

Maria **TIJERINA** and Tiburcia Holguin,
Appellants

v.

Jose **GOMEZ**, German Gomez, Jorge Humberto Valadez, Jr. and Sonia Frausto,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-05-26518-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The Appellant's Motion to Compel Timely Production of Clerk's Record and for Extension of Time to File Brief is MOOT.   Appellant's brief is due to be filed on May 9, 2014. Tex. R. App. P. 38.6(a).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court